**DISMISS; Opinion Filed April 22, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00985-CR

**MANOLO BERNAL MARTINEZ-ROMERO, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-12775-P**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Nowell
Opinion by Justice Schenck

Before the Court is appellant's April 17, 2020 motion to withdraw his appeal,

signed by appellant and his counsel. *See* TEX. R. APP. P. 42.2(a). We grant the motion

and dismiss this appeal.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190985F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MANOLO BERNAL MARTINEZ-
ROMERO, Appellant

No. 05-19-00985-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F13-12775-P.
Opinion delivered by Justice
Schenck. Justices Molberg and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 22nd day of April, 2020.